IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD CHILDS and DORIS CHILDS, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-0242 |
| ) | Judge Trauger |
| HSBC MORTGAGE SERVICES, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiffs' Motion to Amend (Docket No. 9) is **GRANTED**, and the defendant's Motion to Dismiss (Docket No. 5) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiffs' claims of intentional misrepresentation and intentional infliction of emotional distress are hereby **DISMISSED** with prejudice.

The initial case management conference is **RESET** for August 19, 2010 at 3:15 p.m. in Judge Trauger's chambers.

It is so Ordered.

Entered this 3rd day of August 2010.

_____
ALETA A. TRAUGER
United States District Judge