IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD CHILDS and DORIS CHILDS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0242 |
| | ) | Judge Trauger |
| HSBC MORTGAGE SERVICES, INC., an | ) | |
| Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The court is in receipt of a letter from attorney John Cobb Rochford dated March 25, 2011.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to counsel for all parties a copy of both the letter and this Order.

It is so **ORDERED.**

Enter this 30th day of March 2011.

_____
ALETA A. TRAUGER
United States District Judge